UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X   O R D E R
CATHERINE SICA,

          Plaintiff,        CV-05-4776 (JG)

-against-

1009273 ONTARIO, LTD.,
ABLE FREIGHT SYSTEMS; and
EMIL KLONOSKI,

          Defendants.
----------------------------------------X

An initial conference will be held in the above-captioned case on November 1, 2005, at 2:30 P.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in Room 340 at 225 Cadman Plaza East, Brooklyn, New York. All counsel must be present. In the event this case becomes eligible for arbitration before the scheduled conference, please call 718-260-2530 to cancel.

<u>Defendant's counsel is requested to confirm with plaintiff's counsel that all necessary participants are aware of this conference</u>. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

    SO ORDERED.

Dated:  Brooklyn, New York
       October 14, 2005

                                  s/Joan M. Azrack
                                  JOAN M. AZRACK
                                  UNITED STATES MAGISTRATE JUDGE

★ OCT 20 2005 ★

BROOKLYN OFFICE